UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 0:13-cv-60474-WJZ

Andrea Somers,

          Plaintiff,

vs.

GMC Credit Services; and DOES 1-10, inclusive,

          Defendants.

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 22, 2013

          Respectfully submitted,

          By   */s/ Patricia Montes de Oca*

          Patricia Montes de Oca, Esq.
          Florida Bar No. 519812
          2655 Le Jeune Road, Fifth Floor
          Coral Gables, Florida 33134
          Telephone: (305) 501-0085
          Facsimile: (855) 953-6237
          pmontesdeoca@montesdeocalemberg.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 22, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Southern District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By *_/s/ Patricia Montes de Oca_*____

            Patricia Montes de Oca, Esq.