UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number: 0:13-cv-60474-WJZ**

| | |
|---|---|
| Andrea Somers, | : |
| | : |
| Plaintiff, | : Civil Action No.: 0:13-cv-60474-WJZ |
| v. | : |
| | : |
| GMC Credit Services; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff Andrea Somers hereby dismisses this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: June 5, 2013

Respectfully submitted,

By  /s/ Patricia Montes de Oca
Patricia Montes de Oca, Esq.
Florida Bar No. 519812
2655 Le Jeune Road, Fifth Floor
Coral Gables, Florida 33134
Telephone: (305) 501-0085
Facsimile: (855) 953-6237
pmontesdeoca@montesdeocalemberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2013, the foregoing Notice of Voluntary Dismissal was electronically filed with the Clerk of Court using the CM/ECF and that the document is available on the CM/ECF system.

By _/s/ Patricia Montes de Oca_____

Patricia Montes de Oca, Esq.