UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60474-CIV-ZLOCH

ANDREA SOMERS,

       Plaintiff,            **FINAL ORDER OF DISMISSAL**

vs.

GMC CREDIT SERVICES, and
DOES 1-10,

       Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Andrea Somers's Notice Of Voluntary Dismissal Of Action With Prejudice (DE 7). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Andrea Somers's Notice Of Voluntary Dismissal Of Action With Prejudice (DE 7) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of June, 2013.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

All Counsel of Record